GOOLSBY *et al. v.* THE STATE.

This case being for decision by a full bench of six Justices, who are evenly divided in opinion (Chief Justice Fish, Presiding Justice Evans, and Justice Beck favoring an affirmance, and Justices Lumpkin, Atkinson, and Hill favoring a reversal), the judgment of the court below stands affirmed by operation of law.

JUNE 27, 1916.

Motion to change venue. Before Judge Worrill. Early superior court. April 12, 1916.

*Munday & Cornwell,* for plaintiff in error.

*B. T. Castellow, solicitor-general,* and *R. R. Arnold,* contra.

---

DUNCAN *v.* DUNCAN *et al.*

PER CURIAM. 1. Where a party litigant in the trial court made a motion for new trial, and, while it was pending, sued out a direct bill of exceptions to this court, assigning error upon the final decree, the writ of error will be dismissed on motion. The case can not be brought to this court while it is pending in the trial court.

2. While the record shows that the motion for new trial was made before the bill of exceptions was sued out, and that it was dismissed some time after the case had been brought to the Supreme Court by writ of error, the order of dismissal can not be altered or shown by affidavit to have been one entered nunc pro tunc, so as to have the effect of a dismissal made before the bill of exceptions was sued out. *Kelly & Jones Co.* v. *Moore,* 125 *Ga.* 382 (54 S. E. 118).

*Writ of error dismissed. All the Justices concur.*

JULY 6, 1916.

Petition; from Hall superior court. Motion to dismiss.

*A. C. Wheeler, C. N. Davie,* and *H. H. Dean,* for plaintiff in error. *W. A. Charters* and *H. H. Perry,* contra.